**Opinion issued December 21, 2023**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00574-CV

_____

**TAREK ALI AND MOHAMED FARGHALY, Appellants**

**V.**

**ROLA SALAH, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-40543**

---

## MEMORANDUM OPINION

On August 7, 2023, appellant, Tarek Ali, filed a notice of appeal from the trial court's May 23, 2023 final judgment in the divorce proceeding between Ali and appellee, Rola Salah. On August 11, 2023, appellant, Mohamed Farghaly, an intervenor in the divorce proceeding between Ali and Salah, filed a notice of appeal

from the trial court's May 23, 2023 final judgment. On September 7, 2023, the Court abated this appeal and referred the appeal to mediation. On November 28, 2023, appellants filed a "Joint Motion to Dimiss Appeal[]."

In their motion, appellants stated that the "parties attended mediation, settled the case and resolved all issues as to all parties." Accordingly, appellants "request[ed] that this [C]ourt dismiss th[eir] appeal," and that "the costs of the appeal are to be taxed against the [a]ppellants."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c). Appellants' motion does not include a certificate of conference stating that appellants conferred, or made a reasonable attempt to confer, with Salah regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellants' motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we reinstate the appeal on the Court's active docket, grant appellants' motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.